AO 442 (Rev. 11/11) Arrest Warrant

2365-1118-0279-2
11493277

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.

BRANDON KUPER

*Defendant*

Case No. 6:22-cr-00410-AA

FILED 13 DEC '22 09:59 USDC-ORE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **BRANDON KUPER**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation and Attempted Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a) and (e), and Coercion and Enticement of a Minor in violation of 18 U.S.C. § 2422(b).

Date: 11/17/22

*Issuing officer's signature*

City and state: Eugene, OR

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/17/22, and the person was arrested on *(date)* 11/9/22
at *(city and state)* _____

Date: 12/12/22

*Arresting officer's signature*

Bryce Collins  DUSM
*Printed name and title*