Irina Hughes, FL Bar No. 66198
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon  97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Irina_Hughes@fd.org

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


| UNITED STATES OF AMERICA, | No. 6:22-cr-00410-MC |
|---|---|
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| BRANDON KUPER | Sentencing: February 25, 2025 at 11:30 a.m. |
| Defendant. | |


Brandon Kuper is scheduled to appear for sentencing for the offense of coercion

and enticement of a minor, in violation of 18 U.S.C. § 242(b).  The government and

Mr. Kuper will jointly recommend a sentence of 165 month's incarceration, followed

by a term of  supervised release to follow. This sentence is sufficient but not greater

than necessary to further the goals of sentencing outlined in 18 U.S.C. § 3553(a).

Mr. Kuper relies on the details provided in his sentencing letter, which he

submits separately.

Page 1  - DEFENDANT'S SENTENCING MEMORANDUM

Respectfully submitted: February 21, 2025.

*s/Irina Hughes*
Irina Hughes
Assistant Federal Public Defender