UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:22-cr-00410-MC |
| v. | FINAL ORDER OF FORFEITURE<br>Fed. R. Crim. P. 32.2(c)(2) |
| BRANDON KUPER, | |
| Defendant. | |

On November 25, 2024, this Court entered a Preliminary Order of Forfeiture, ordering defendant Brandon Kuper to forfeit all of his right, title, and interest in the following assets:

iPhone 11 Pro Max, IMEI: 352845111009116.

Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

Notice of this criminal forfeiture was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days beginning on December 1, 2024. It stated the intent of the United States to dispose of the property in accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

No timely petitions have been filed with this Court and the time for filing has expired.

The Court finds that defendant had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant 18 U.S.C. § 2253, all right, title, and interest to:

iPhone 11 Pro Max, IMEI:  352845111009116

is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendant Brandon Kuper.  The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this 25th day of February 2025.

    s/Michael J. McShane
**HONORABLE MICHAEL J. McSHANE**
United States District Judge

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

s/ *William M. McLaren*
**WILLIAM M. McLAREN**
Assistant United States Attorney